# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
|  | (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 15-PO-00129-DLW |
| JEFFREY KIMBROUGH | PRO SE |
|  | (Defendant's Attorney) |

**THE DEFENDANT:** Plead guilty to Counts One and Two of the Information.

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 3; 36 CFR 2.2(a)(1) | Unlawful Hunting/Taking of Wildlife | 11/09/14 | One |
| 16 USC 3; 36 CFR 2.4(a)(1)(iii) | Unlawful Use of a Weapon | 11/09/14 | Two |

Count Three of the Information was dismissed on the motion of the United States.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|           | **Assessment** | **CVB** | **Fine**              |
|-----------|----------------|---------|------------------------|
| Count One | $10.00         | None    | $5,000.00              |
| Count Two | $10.00         | None    | $5,000.00 Suspended*   |

*Fine and Costs on Count Two are Suspended for a period of one (1) year in lieu of:

- Defendant's payment of the $5,000.00 fine and costs for Count One;
- Defendant's performance and proof to the Court of twenty-four (24) hours of Useful Public Service;
- Defendant not entering any National Park Service lands;
- Defendant not committing any further offenses.

10/08/15
Date of Imposition of Judgment

Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

10/16/15
Date